cc: Director of Courtroom Operations, Chief Deputy of Judical Services, Manager Legal Services Unit, Attorney Supervisor of the Legal Services Unit, Clerk of Court.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO OCHOA,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>　　　Respondent. | CASE NO. CV 02-7774 RSWL<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

　　　Pursuant to the Order Denying First Amended Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that Claims 1, 4, 5, 7-9, 11-13, 16, 17, 18(B)(2), 18(B)(3), 18(B)(6), 19, 21-24, 26, 28-31, 33-37, 39, 41, 42, and the remaining portions of Claims 10, 20, and 40 are denied, that Claims 38 and 43 are dismissed without prejudice, that the Petition is denied, and that judgment is entered in favor of Respondent and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

　　　The Clerk is ordered to enter this judgment.

**IT IS SO ORDERED.**

Dated: __8/13/2018__, 2018.

　　　　　　　　　　　　　　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　　　　　RONALD S. W. LEW
　　　　　　　　　　　　　　　　　　　　United States District Judge

The Clerk is ordered to enter this judgment.

**IT IS SO ORDERED.**

Dated: _____ \_\_\_, 2018.

                                               RONALD S. W. LEW
                                       United States District Judge